**Clifford CHANLER; Lauren Wales Chanler, Plaintiffs— Appellants,**

v.

**John A. STONICH; Lawrence E. Fahn; Thomas W. Van Dyck; as You Sow, (Ays), Defendants—Appellees.**

No. 02–17093.

D.C. No. CV 01–0648 VRW.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 7, 2003.

Decided Oct. 9, 2003.

Before B. FLETCHER and TASHIMA, Circuit Judges, and POLLAK, Senior District Judge.*

## ORDER**

In response to the order issued by the court, the parties agree that there is no final judgment in this case. Plaintiffs' claims against defendants Pruitt, Portik, SPJ Skip Tracing, and SPJ Associates are still pending in the district court. This court therefore lacks appellate jurisdiction over this appeal. *See* 28 U.S.C. § 1291; *Baker v. Limber,* 647 F.2d 912, 916 (9th Cir.1981) (holding that an order adjudicating the rights and liabilities of fewer than all of the parties is not final under § 1291,

---

* The Honorable Louis H. Pollak, Senior United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

absent a certification pursuant to Fed. R.Civ.P. 54(b)).

This appeal is hereby **DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

